UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CURTIS HOWELL

    Plaintiff,

    v.                                            C.A. No. 23-13154-JEK

BOSTON COLLEGE, et al.

    Defendants.

## ORDER OF DISMISSAL

KOBICK, J.

In accordance with the Court's Memorandum and Order dated February 27, 2024 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

Dated: February 27, 2024

/s/ Haley Currie
Deputy Clerk